UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:01-CR-00121-FL-9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FILEMON BARAJAS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's motion to strike hearing for revocation of pretrial release as moot. [DE-403]. The revocation hearing is presently set for January 12, 2016. [DE-398]. Accordingly, the Government shall file a response to Defendant's motion no later than Friday, January 8, 2015.

SO ORDERED, this 7th day of January, 2016.

Robert B. Jones, Jr.,
United States Magistrate Judge